

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2014

No. 04-14-00143-CV

Dennis **OLIVARES**,
Appellant

v.

**STATE FARM BANK,**
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 370251
Honorable Jason Pulliam, Judge Presiding

# O R D E R

Appellant filed his brief in this appeal on August 12, 2014. Rule 38.1(g) and (i) of the Texas Rules of Appellate Procedure requires the statement of facts and arguments sections of an appellant's brief to contain citations to the record. Appellant's brief does not, however, contain any such citations. It is therefore ORDERED that appellant's brief is STRICKEN from the record. Appellant must file an amended brief containing appropriate record citations in the statement of facts and arguments sections of his brief no later than September 15, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court